# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 34 WM 2016
:
Respondent   :
:
:
:
v.   :
:
:
:
DAVID THOMAS COOK,   :
:
Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of May, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.